UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN WITTHOEFT,<br><br>    Plaintiff,<br><br>    v.<br><br>PAQ, INC., et al.,<br>    Defendants. | Case No.  15-cv-02403-LHK<br>15-cv-02404-LHK<br>15-cv-02405-LHK<br>15-cv-02406-LHK<br>15-cv-02407-LHK<br><br>**ORDER OF REFERRAL** |

Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, the Court directs the Clerk to reassign the following cases to United States Magistrate Judge Paul S. Grewal:

Case Nos. 15-cv-2403; 15-cv-2404; 15-cv-2405; 15-cv-2406; and 15-cv-2407.

Appeal from the judgments shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
LUCY H. KOH
United States District Judge