UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WITTHOEFT,<br><br>         Plaintiff,<br><br>   v.<br><br>WAL-MART STORES, INC.,<br><br>         Defendant. | Case No. 15-cv-02403-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket Nos. 24, 28, 30)** |

Based on the parties' case management statements[1] and yesterday's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 8, 2015.

IT IS FURTHER ORDERED that the parties participate in mediation.  The parties shall contact the ADR Unit within 14 days to make the necessary arrangements and meet with a mediator within 90 days.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off ................................................................................ August 31, 2016

Initial Expert Disclosure and Report Deadline ..........................................September 30, 2016

---

[1] *See* Docket Nos. 24, 28.

Case No. 15-cv-02403-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---:|
| Rebuttal Expert Disclosure and Report Deadline | October 21, 2016 |
| Expert Discovery Cut-Off | December 1, 2016 |
| Dispositive Motions Filing Deadline | December 16, 2016 |
| Dispositive Motions Hearing | January 24, 2017 at 10:00 AM |
| Pre-Trial Conference | February 14, 2017 at 10:00 AM |
| Jury Trial | February 27, 2017 at 9:30 AM |

**SO ORDERED.**

Dated: October 7, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge